In the Matter of the Claim of JAMES PEZZELLA, Respondent, v. SYRA INDUSTRIES, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

886

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.